**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniel Abel LUZURIAGA RAMIREZ<br><br>Petitioner,<br><br>v.<br>PAMELA BONDI *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00328-VBF-ADS<br><br>**ORDER ON MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Having reviewed the Application of Petitioner Daniel Abel LUZURIAGA RAMIREZ, for a temporary restraining order, the Court orders his immediate release on an Order of Release on Recognizance.

Respondents are further ordered not to re-detain Petitioner absent: (1) further order of this Court; or (2) a demonstration by Respondents at a pre-deprivation bond hearing, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community, such that his physical custody is required.

IT IS SO ORDERED.

DATED: February 4, 2026

*Valerie Baker Fairbank*

United States District Judge