UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00328 VBF (ADS)                    Date:  February 11, 2026

Title:  *Daniel Abel Luzuriaga Ramirez v. Pamela Bondi, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                            None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On January 26, 2026, Petitioner Daniel Abel Luzuriaga Ramirez, by and through counsel, filed a Petition for Habeas Corpus (the "Petition") and a Motion for Temporary Restraining Order (the "Motion").  (Dkt. Nos. 1, 2.)  The Petition primarily seeks a writ of habeas corpus requiring Respondents to immediately release Petitioner from immigration detention.  (Dkt. No. 1 at 11–12.)  On February 4, 2026, the Court granted the Motion and ordered Respondents to immediately release Petitioner on an Order of Release on Recognizance.  (Dkt. No. 9.)

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries."  United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought).  Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous.  In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005).  The "basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted."  Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

Here, Respondents have been ordered to release Petitioner from detention immediately.  The Court orders Petitioner to show cause in writing why the Petition

---

CV-90 (03/15) – SP                    Civil Minutes – General                    Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00328 VBF (ADS)                          Date:  February 11, 2026

Title:  *Daniel Abel Luzuriaga Ramirez v. Pamela Bondi, et al.*

should not be dismissed as moot by no later than March 13, 2026.  Petitioner must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim.  Respondents must substantively respond to the claims Petitioner contends remain by no later than March 27, 2026.  Petitioner may file a reply by no later than April 1, 2026.

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>