UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ABEL LUZURIAGA RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | Case No. 5:26-cv-00328 VBF (ADS)<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On January 26, 2026, Petitioner Daniel Abel Luzuriaga Ramirez, proceeding through counsel, filed a Petition for Habeas Corpus (the "Petition") concurrently with a Motion for Temporary Restraining. (Dkt. No. 1, 2.) On February 4, 2026, the Court granted preliminary relief. (Dkt. No. 9.) On April 28, 2026, the parties filed a Joint Status Report, proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Order granting preliminary relief, without requiring further proceedings. (Dkt. No. 16.)

In accordance with the parties' Joint Status Report (Dkt. No. 16) and for the reasons stated in the Court's Order granting preliminary relief (Dkt. No. 9), the Petition is granted.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  April 30, 2026

_____
THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2