JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIEL ABEL LUZURIAGA RAMIREZ, | Case No. 5:26-cv-00328 VBF (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| PAMELA BONDI, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting preliminary relief (Dkt. No. 9).

Dated:  April 30, 2026            _____

THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge